**Order entered December 23, 2022**



## In the
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01224-CV

## IN THE INTEREST AND PROTECTION OF C.C.

### On Appeal from the 354th Judicial District Court
### Hunt County, Texas
### Trial Court Cause No. 32861CR

### ORDER

This is an accelerated appeal from an order for extended mental health services. Before the Court is appellant's December 22, 2022 unopposed motion for an extension of time to file his opening brief. We **GRANT** the motion **TO THE EXTENT** that we extend the deadline to **January 6, 2023**. We caution appellant that no further extension will be granted.

/s/     CORY L. CARLYLE
         JUSTICE